IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAYOU CITY WATERKEEPER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-3369 |
| | § | JUDGE ANDREW HANEN |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |
| | § | |

Notice of Appearance

Please take notice that Kristen Schlemmer, the undersigned counsel, appears in this case as counsel for Bayou City Waterkeeper and should receive copies of all documents that are electronically filed in this matter. David Frederick remains the Attorney-in-charge.

Dated: September 26, 2018.

By: */s/ Kristen Schlemmer*

| | |
|---|---|
| David Frederick | Kristen Schlemmer, of counsel |
| Attorney-in-charge | Texas Bar No. 24075029 |
| Texas Bar No. 07412300 | S.D. Tex. Bar No. 2078411 |
| Eric Allmon, of counsel | Bayou City Waterkeeper |
| Texas Bar No. 24031819 | 2010 N. Loop West, Suite 275 |
| Lauren Ice, of counsel | Houston, TX 77018 |
| Texas Bar No. 24092560 | Tel: (281) 901-0182 |
| Frederick, Perales, Allmon & Rockwell, P.C. | kristen@bayoucitywaterkeeper.org |
| 1206 San Antonio St. | *Attorney for Bayou City Waterkeeper* |
| Austin, Texas 78701 | |
| Tel: (512) 469-6000 | |
| Fax: (512) 482-9346 | |
| dof@lf-lawfirm.com | |
| eallmon@lf-lawfirm.com | |
| lauren@lf-lawfirm.com | |
| *Attorneys for Bayou City Waterkeeper* | |

1