IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAYOU CITY WATERKEEPER, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:18-CV-3369 |
| § | JUDGE ANDREW HANEN |
| CITY OF HOUSTON, § | |
| § | |
| Defendant. § | |
| § | |

Plaintiff Bayou City Waterkeeper's Notice of Related Litigation

Pursuant to Local Rule 5.2, Plaintiff Bayou City Waterkeeper respectfully submits this Notice to advise the Court of the following related current litigation and of directly affected non-parties.

*United States of America, et al. v. City of Houston, Texas*, 4:18-CV-3368 (S.D. Tex.), was filed on September 20, 2018. Plaintiffs, United States of America and the State of Texas, are directly affected non-parties. The case is assigned to Judge Ewing Werlein, Jr. The case is currently stayed pending settlement negotiations.

**Summary of Related Nature of the Litigation**

These cases are related because they present common questions of law and fact and arise from the same or substantially similar events. Both cases contend that the City of Houston violated the Clean Water Act and its Texas Pollutant Discharge Elimination System ("TPDES") permits by discharging untreated wastewater into and adjacent to area waters over the course of several years.

Dated: September 28, 2018.

/ / /

1

By: */s/ David Frederick*

David Frederick
Attorney-in-charge
Texas Bar No. 07412300
Eric Allmon, of counsel
Texas Bar No. 24031819
Lauren Ice, of counsel
Texas Bar No. 24092560
Frederick, Perales, Allmon & Rockwell, P.C.
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000
Fax: (512) 482-9346
dof@lf-lawfirm.com
eallmon@lf-lawfirm.com
lauren@lf-lawfirm.com
*Attorneys for Bayou City Waterkeeper*

Kristen Schlemmer, of counsel
Texas Bar No. 24075029
S.D. Tex. Bar No. 2078411
Bayou City Waterkeeper
2010 N. Loop West, Suite 275
Houston, TX 77018
Tel: (281) 901-0182
kristen@bayoucitywaterkeeper.org
*Attorney for Bayou City Waterkeeper*

## Certificate of Service

I certify that on September 28, 2018, I electronically filed this Plaintiff Bayou City Waterkeeper's Notice of Related Litigation using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

> */s/ David Frederick*
> David Frederick
>
> *Attorney for Bayou City Waterkeeper*