IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAYOU CITY WATERKEEPER, § § Plaintiffs, § v. § CITY OF HOUSTON, § § Defendant. § § | CIVIL ACTION NO. 4:18-CV-3369 JUDGE EWING WERLEIN, JR. |

<u>Plaintiff Bayou City Waterkeeper's Certificate of Financially Interested Persons</u>

Bayou City Waterkeeper submits this certificate of financially interested parties for this litigation. Because this action is being brought against a municipality and pursuant to the Clean Water Act, the following entities are financially interested in this litigation: the City of Houston, the State of Texas, and the United States of America. Bayou City Waterkeeper has no parent, subsidiary, or affiliated corporations who are financially interested in this litigation. All known attorneys of record for Bayou City Waterkeeper are listed below.

Respectfully submitted on October 9, 2018.

By: */s/ David Frederick*
David Frederick
Attorney-in-charge
Texas Bar No. 07412300
Eric Allmon, of counsel
Texas Bar No. 24031819
Lauren Ice, of counsel
Texas Bar No. 24092560
Frederick, Perales, Allmon & Rockwell P.C.
1206 San Antonio St.
Austin, Texas 78701
Tel: (512) 469-6000

1

                    Fax: (512) 482-9346
                    dof@lf-lawfirm.com
                    eallmon@lf-lawfirm.com
                    lauren@lf-lawfirm.com
*Attorneys for Bayou City Waterkeeper*

                    Kristen Schlemmer, of counsel
                    Texas Bar No. 24075029
                    S.D. Tex. Bar No. 2078411
                    Bayou City Waterkeeper
                    2010 N. Loop West, Suite 275
                    Houston, TX 77018
                    Tel: (281) 901-0182
                    kristen@bayoucitywaterkeeper.org
*Attorney for Bayou City Waterkeeper*

<u>Certificate of Service</u>

I certify that on October 9, 2018, I electronically filed this Plaintiff Bayou City Waterkeeper's Certificate of Financially Interested Persons using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                    */s/ David Frederick*
                    David Frederick
                    *Attorney for Bayou City Waterkeeper*