United States District Court
Southern District of Texas
**ENTERED**
November 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAYOU CITY WATERKEEPER<br>Plaintiff | § § § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-03369 |
| CITY OF HOUSTON<br>Defendant | § § § § | |

## ORDER GRANTING DEFENDANT CITY OF HOUSTON'S UNOPPOSED MOTION TO EXTEND DISCOVERY STAY

Before the Court Defendant City of Houston's Unopposed Motion to Extend Discovery Stay. The motion is **GRANTED**.

In its June 7, 2019 Order, this Court stayed discovery in this case until October 31, 2019, because of the pending settlement in the related lawsuit filed against the City of Houston by the United States of America and the State of Texas that is now pending in Judge Eskridge's court: *United States v. City of Houston*, No. 4:18-CV-3368 (S.D. Tex.) (the "United States' Lawsuit"). *See* Doc. 26. The United States and the State of Texas have formally lodged a Consent Decree containing the terms of the settlement in the United States' Lawsuit. Doc. 27. The public-comment period for that settlement has been extended beyond the original date by the United States and is set to conclude on November 8, 2019. *See* 84 FED. REGISTER 54,181 (Oct. 9, 2019).

This Court, therefore, extends the current stay on discovery in this case until January 31, 2020. If the settlement in the United States' Lawsuit has not been finalized by that date, the parties may request an extension of the stay.

Signed November 5, 2019.

United States District Judge