# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BAYOU CITY WATERKEEPER § | | |
| Plaintiff § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 4:18-cv-03369 |
| § | | |
| CITY OF HOUSTON § | | |
| Defendant § | | |

## DEFENDANT CITY OF HOUSTON'S
## UNOPPOSED MOTION TO EXTEND DISCOVERY STAY

Defendant City of Houston (the "City") requests that the Court extend the current stay of discovery an additional 31 days until August 31, 2020. The City understands that the United States of America and the State of Texas plan to file their Motion to Enter the Consent Decree within a matter of days, or earlier, but the current stay expires at midnight on July 31, 2020.

In its May 5, 2020 Order, the Court stayed discovery in this case until July 31, 2020, because of the pending Consent Decree that has been lodged in the related lawsuit filed against the City by the United States of America and the State of Texas that is now pending in Judge Eskridge's court: *United States v. City of Houston*, No. 4:18-CV-3368 (S.D. Tex.) (the "United States' Lawsuit").[1] The Court stated that if "the settlement in the United States' Lawsuit has not been finalized by that date, the parties may request an extension of the stay."[2]

The United States and Texas have formally lodged the Consent Decree containing the terms of the settlement in the United States' Lawsuit.[3] As part of the settlement-approval process in the United States' Lawsuit, the United States and Texas have provided the required public notice and

---

[1] *See* Doc. 37. The United States' Lawsuit was previously in Judge Werlein's court. On October 23, 2019, the United States' Lawsuit was transferred to Judge Eskridge's court. *See* Doc. 41 in the United States' Lawsuit.

[2] *Id*.

[3] Doc. 27.

opportunity for public comment.[4] The United States published information regarding the settlement in the Federal Register on September 3, 2019, with the comment period concluding on October 3, 2019.[5] At BCW's request, the United States extended the comment period to until November 8, 2019.[6]

The City has consulted with the United States and Texas regarding the status of their review and response to comments. The United States and Texas indicated that their motion incorporating their response to comments should be filed in the next several days. Once that motion is filed, the district court in that case will be able to review the motion and the response to comments and Consent Decree, and rule upon its entry.

To ensure that the stay is extended until the Motion to Enter the Consent Decree is filed, the City, therefore, requests that the Court extend the current stay on discovery an additional 31 days, until August 31, 2020.

---

[4] 28 C.F.R. § 50.7; TEX. WATER CODE § 7.110.
[5] 84 FED. REGISTER 46,049 (Sep. 3, 2019).
[6] 84 FED. REGISTER 54,181 (Oct. 9, 2019).

Respectfully submitted,

/s/ Debra Tsuchiyama Baker
Debra Tsuchiyama Baker
*Attorney-in-Charge*
Texas Bar No. 15089600
Southern District No. 6943
BAKER • WOTRING LLP
700 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
Tel. (713) 980-1700
Fax (713) 980-1701
dbaker@bakerwotring.com

Of Counsel:
Ronald C. Lewis
City Attorney
CITY OF HOUSTON LEGAL DEPARTMENT

Tiffany Bingham
Senior Assistant City Attorney
Texas Bar No. 1077536
Southern District No. 24012287
900 Bagby, 4th Floor
Houston, Texas 77002
Tel.: (832) 393-6445
Fax: (832) 393-6259
Tiffany.Bingham@houstontx.gov

Earnest W. Wotring
Texas Bar No. 22012400
Southern District No. 15284
John Muir
Texas Bar No. 14630477
Southern District No. 9404
David George
Texas Bar No. 00793212
Southern District No. 19330
BAKER • WOTRING LLP
700 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
Tel. (713) 980-1700
Fax (713) 980-1701
ewotring@bakerwotring.com
jmuir@bakerwotring.com
dgeorge@bakerwotring.com

ATTORNEYS FOR DEFENDANT
CITY OF HOUSTON

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, a copy of the above document was served on all counsel of record via the Court's electronic filing system.

> David Frederick
> Eric Allmon
> Lauren Ice
> FREDERICK, PERALES, ALLMON & ROCKWELL PC
> 1206 San Antonio Street
> Austin, Texas 78701
> dof@lf-lawfirm.com
> eallmon@lf-lawfirm.com
> lauren@lf-lawfirm.com
>
> Kristen Schlemmer
> BAYOU CITY WATERKEEPER
> 2010 N. Loop West, Suite 275
> Houston, Texas 77018
> kristen@bayoucitywaterkeeper.org

> */s/ Debra Tsuchiyama Baker*
> Debra Tsuchiyama Baker

# CERTIFICATE OF CONFERENCE

I hereby certify that on July 31, 2020, I conferred with Plaintiff Bayou City Waterkeeper's counsel Lauren Ice, who informed me that Plaintiff Bayou City Waterkeeper does not oppose the Court granting the relief requested in this motion.

> */s/ Debra Tsuchiyama Baker*
> Debra Tsuchiyama Baker