**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BAYOU CITY WATERKEEPER § | | |
|     Plaintiff § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:18-cv-03369 | |
| § | | |
| CITY OF HOUSTON § | | |
|     Defendant § | | |

**DEFENDANT CITY OF HOUSTON'S**
**UNOPPOSED MOTION TO EXTEND DISCOVERY STAY**

Defendant City of Houston (the "City") requests that the Court extend the current stay of discovery an additional 30 days until September 30, 2020. The United States of America and the State of Texas have filed their Motion to Enter the Consent Decree. The current stay expires at midnight on August 31, 2020.

In its August 4, 2020 Order, the Court stayed discovery in this case until August 31, 2020, because of the pending Consent Decree that has been lodged in the related lawsuit filed against the City by the United States of America and the State of Texas that is now pending in Judge Eskridge's court: *United States v. City of Houston*, No. 4:18-CV-3368 (S.D. Tex.) (the "United States' Lawsuit").[1] The Court stated that if "the settlement in the United States' Lawsuit has not been finalized by that date, the parties may request an extension of the stay."[2]

The United States and Texas previously lodged the Consent Decree containing the terms of the settlement in the United States' Lawsuit.[3] On August 7, 2020, the United States and Texas

---

[1] *See* Doc. 39. The United States' Lawsuit was previously in Judge Werlein's court. On October 23, 2019, the United States' Lawsuit was transferred to Judge Eskridge's court. *See* Doc. 41 in the United States' Lawsuit.

[2] *Id*.

[3] Doc. 27.

2

filed a motion in the United States' Lawsuit asking the court to approve the Consent Decree.[4] Because of issues related to Hurricane Laura, Bayou City Waterkeepers is requesting additional time to respond to the motion to approve the Consent Decree.

      To ensure that the stay is extended until the Motion to Enter the Consent Decree is decided, the City, therefore, requests that the Court extend the current stay on discovery an additional 30 days, until September 30, 2020.

---

[4] Doc. 42 in United States' Lawsuit.

Respectfully submitted,

/s/ Debra Tsuchiyama Baker
Debra Tsuchiyama Baker
*Attorney-in-Charge*
Texas Bar No. 15089600
Southern District No. 6943
BAKER • WOTRING LLP
700 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
Tel. (713) 980-1700
Fax  (713) 980-1701
dbaker@bakerwotring.com

Of Counsel:
Ronald C. Lewis
City Attorney
CITY OF HOUSTON LEGAL DEPARTMENT

Tiffany Bingham
Senior Assistant City Attorney
Texas Bar No. 1077536
Southern District No. 24012287
900 Bagby, 4th Floor
Houston, Texas 77002
Tel.: (832) 393-6445
Fax: (832) 393-6259
Tiffany.Bingham@houstontx.gov

Earnest W. Wotring
Texas Bar No. 22012400
Southern District No. 15284
John Muir
Texas Bar No. 14630477
Southern District No. 9404
David George
Texas Bar No. 00793212
Southern District No. 19330
BAKER • WOTRING LLP
700 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
Tel. (713) 980-1700
Fax  (713) 980-1701
ewotring@bakerwotring.com
jmuir@bakerwotring.com
dgeorge@bakerwotring.com

ATTORNEYS FOR DEFENDANT
CITY OF HOUSTON

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 28, 2020, a copy of the above document was served on all counsel of record via the Court's electronic filing system.

         David Frederick
         Eric Allmon
         Lauren Ice
         FREDERICK, PERALES, ALLMON & ROCKWELL PC
         1206 San Antonio Street
         Austin, Texas 78701
         dof@lf-lawfirm.com
         eallmon@lf-lawfirm.com
         lauren@lf-lawfirm.com

         Kristen Schlemmer
         BAYOU CITY WATERKEEPER
         2010 N. Loop West, Suite 275
         Houston, Texas 77018
         kristen@bayoucitywaterkeeper.org

         */s/ Debra Tsuchiyama Baker*
         Debra Tsuchiyama Baker

**CERTIFICATE OF CONFERENCE**

     I hereby certify that on August 27, 2020, I conferred with Plaintiff Bayou City Waterkeeper's counsel Lauren Ice, who informed me that Plaintiff Bayou City Waterkeeper does not oppose the Court granting the relief requested in this motion.

         */s/ Debra Tsuchiyama Baker*
         Debra Tsuchiyama Baker